JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PATRICIA M. KNIGHT,

       Plaintiff,

    vs.

ASC, AMERICA'S SERVICING
COMPANY, and QUALITY LOAN
SERVICE CORPORATION,

       Defendants.
_____

)
)
)
)
)
)
)
)
)
)
)

Case No.: CV 11-9407 DSF (PJWx)


JUDGMENT

     The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____      1/5/12

                                 _____

                                     Dale S. Fischer
                            United States District Judge