JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PATRICIA M. KNIGHT,                        )        Case No.: CV 11-9407 DSF (PJWx)
              Plaintiff,                        )
                               )
        vs.                                        )        JUDGMENT
                               )
ASC, AMERICA'S SERVICING               )
COMPANY, and QUALITY LOAN           )
SERVICE CORPORATION,                    )
                               )
           Defendants.                      )
_____

      The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having
ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of
opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action
be dismissed, and that defendants recover their costs of suit pursuant to a bill of
costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____        1/5/12

                                      _____
                                          Dale S. Fischer
                                United States District Judge